**HUNTER PYLE, SBN 191125**
**KATIE FIESTER, SBN 301316**
HUNTER PYLE LAW, PC
505 14th Street, Suite 600
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com
kfiester@hunterpylelaw.com

Attorneys for Plaintiff Abdul Aryobi

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABDUL ARYOBI,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC. and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 3:24-cv-06228-TSH<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S MOTION TO CONFIRM ARBITRATION AWARD AND JUDGMENT** |

**JOINT STIPULATION**

The Parties to the above-captioned matter, having met and conferred, have agreed upon the proposed Order Granting Plaintiff's Motion to Confirm Arbitration Award and Judgment set forth on the following page.

DATED: August 19, 2026

HUNTER PYLE LAW, PC

By: /s/ Hunter Pyle
Hunte Pyle

Attorneys for Plaintiff Abdul Aryobi

DATED: August 19, 2026

TESLA, INC.

By: /s/ Timothy Kim
Timothy Kim

Attorneys for Defendant Tesla, Inc.

***

**ELECTRONIC SIGNATURE ATTESTATION**

I, Hunter Pyle, attest pursuant to Northern District Civil Local Rule 5-1(h)(3) that all signatories on this document agree to the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: August 19, 2026

/s/ Hunter Pyle

# ORDER

Plaintiff Abdul Aryobi's Motion for Order Confirming Arbitration Award having been fully briefed and considered, IT IS HEREBY ORDERED that the Final Award entered in the arbitration proceeding between Abdul Aryobi and Tesla, Inc., JAMS Arbitration Ref. No. 5100002525, on June 24, 2026 is confirmed in all respects.

IT IS FURTHER ORDERED that Judgment is hereby entered in favor of Abdul Aryobi against Tesla, Inc., as follows:

1. Tesla, Inc. shall pay $1,241,412.00 to Abdul Aryobi in damages in accordance with the terms of the Final Award.
2. Tesla, Inc. shall pay $1,165,270.50 to Abdul Aryobi for reasonable attorneys' fees in accordance with the terms of the Final Award.
3. Tesla, Inc. shall pay $32,366.59 to Abdul Aryobi for reasonable litigation costs in accordance with the terms of the Final Award.

**IT IS SO ORDERED**

Dated: August 19, 2026 By: ______________________

Magistrate Judge Thomas S. Hixson